ELSIE B. FORSTER, Respondent, *v.* MANUFACTURERS TRUST COMPANY, Appellant.

(Argued October 2, 1933; decided October 10, 1933.)

*Charles S. Aronstam* for motion.
*William M. Parke* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.